■ ALFRED GLEICH et al., Respondents, v. WINDELL W. HURTT, Appellant.— Judgment of the Supreme Court, Kings County, dated September 25, 1967, modified, on the law, by reducing the recovery of plaintiff Anna Gleich from $500 to $366.18; and, as so modified, judgment affirmed, without costs (see *Michalowski* v. *Ey*, 7 N Y 2d 71, 75; cf. *Natale* v. *Pepsi-Cola Co.*, 7 A D 2d 282, 284–285). The findings of fact below are affirmed. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.